NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONTEREY RESEARCH, LLC,**

*Appellant*

**v.**

**NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., NANYA TECHNOLOGY CORPORATION DELAWARE,**

*Appellees*

---

2022-2141

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00172.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2    MONTEREY RESEARCH, LLC v. NANYA TECHNOLOGY
                      CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

January 27, 2023
   Date         /s/ Peter R. Marksteiner
               Peter R. Marksteiner
               Clerk of Court

**ISSUED AS A MANDATE:** January 27, 2023